**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1837-17T4

CENTURY CAPITAL PARTNERS,
LLC,

     Plaintiff-Respondent,

v.

PRIME HOTEL MANAGEMENT,
LLC,

     Defendant,

and

HAG GYUN LEE,

     Defendant-Appellant.

_____

Submitted February 5, 2019 – Decided March 27, 2019

Before Judges Geiger and Firko.

On appeal from Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-6868-16.

Philip R. Kaufman, attorney for appellant.

Cohn Lifland Pearlman Herrman & Knopf LLP, attorneys for respondent (Andrew R. Macklin and Christina N. Stripp, on the brief).

PER CURIAM

We have been advised that this matter has been settled and the parties have executed a stipulation of dismissal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1837-17T4